| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JILL M. THOMAS |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. S 2:13-MJ-134 CKD |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| v. | |
| ARMANDO FLORES VASQUEZ, SERAFIN MAGALLON, AND MIGUEL ANGEL RANGEL, | |
| Defendants. | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Complaint filed in Case No. S 2:13-MJ-134 CKD as to defendants ARMANDO FLORES VASQUEZ, SERAFIN MAGALLON, and MIGUEL ANGEL RANGEL, is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated: May 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS